# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| ) | |
| Plaintiff,         ) | |
| ) | |
| vs.                                              ) | 8:06CR354 |
| ) | |
| CRYSTAL D. SNOWDEN,                 ) | **SCHEDULING ORDER** |
| ) | |
| Defendant.       ) | |

IT IS ORDERED that the following is set for hearing on **January 5, 2007** at **9:30 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska:

- Motion to Suppress [14] filed by the defendant.

Since this is a criminal case, the defendant must be present, unless excused by the Court. An interpreter will be provided by the Court.

DATED this 30th day of November, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge