# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | 8:06CR354 |
| CRYSTAL D. SNOWDEN, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

UPON THE UNOPPOSED ORAL MOTION OF THE GOVERNMENT,

IT IS ORDERED that the evidentiary hearing on the Motion to Suppress [14] filed by the defendant is continued to **January 30, 2007** at **9:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 4th day of January, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge