IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR354 |
| | ) | |
| v. | ) | |
| | ) | |
| CRYSTAL D. SNOWDEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to extend time for filing of objections to PSR and motions for departure or deviation (Filing No. 47). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until November 2, 2007, to file any objections to the presentence report and any motions for departure or deviation from the applicable guidelines.

DATED this 19th day of July, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court