```
                                                    FILED
                                              U.S. DISTRICT COURT
                                              DISTRICT OF NEBRASKA

                                                09 JUL 31  PM 2:22

                                              OFFICE OF THE CLERK
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR354 |
| | ) | |
| vs. | ) | |
| | ) | |
| CRYSTAL SNOWDEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On July 31, 2009, the defendant appeared through counsel on a motion for reduction of sentence (Filing No. 63), filed by the Plaintiff, pursuant to Rule 35 of the Federal Rules of Criminal Procedure. After considering the comments of the parties and after evaluating the assistance provided by the defendant, the Court finds that the government's motion for reduction of sentence should be granted. Accordingly,

IT IS ORDERED:

1) The government's motion for reduction of sentence is granted.

2) Defendant be committed to the custody of the Bureau of Prisons for a term of thirty (30) months. Defendant is to be given credit for time previously served under the previous Judgment and Committal Order dated November 13, 2007, which was signed and filed on November 13, 2007. (Filing No. 55).

3) All other terms and conditions of the Judgment and Committal Order dated November 13, 2007, remain in full force and effect.

4) That the transcript of the Rule 35 hearing of July 31, 2009, be sealed.

Dated this ___31st___ day of July, 2009

BY THE COURT:

*(signature)*

LYLE E. STROM, Senior Judge
United States District Court